No. 1,867.—STATE EX REL. JARDINE ET AL., RELATORS, v. DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—Writ of Prohibition.

Decided November 29, 1902.

PER CURIAM.—Upon motion of H. G. McIntire, Esquire, of counsel for relators, this proceeding is dismissed, without prejudice, at the cost of relators.

*Messrs. Toole & Bach, Mr. J. A. Savage, Messrs. H. G. & S. H. McIntire,* for Relators.

*Mr. T. J. Walsh, Mr. A. J. Campbell, Messrs. Kirk & Clinton,* for Respondents.